| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF CONNECTICUT |
| Case number *(if known)*      Chapter you are filing under: |
| ☐ Chapter 7 |
| ■ Chapter 11 |
| ☐ Chapter 12 |
| ☐ Chapter 13      ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Recycling, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **26-2220447** |
| **4.** | **Debtor's address** | **Principal place of business** **990 Naugatuck Avenue** **Milford, CT 06460** Number, Street, City, State & ZIP Code **New Haven** County |  **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership ☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship to you _____
District _____  When _____  Case number, if known _____

| 11. | **Why is the case filed in *this district?*** | *Check all that apply:* |
|---|---|---|
| | | ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

   ■ No
   ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

### Statistical and administrative information

13. **Debtor's estimation of available funds**

   *Check one:*
   ■ Funds will be available for distribution to unsecured creditors.
   ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

   ■ 1-49
   ☐ 50-99
   ☐ 100-199
   ☐ 200-999
   ☐ 1,000-5,000
   ☐ 5001-10,000
   ☐ 10,001-25,000
   ☐ 25,001-50,000
   ☐ 50,001-100,000
   ☐ More than 100,000

15. **Estimated Assets**

   ☐ $0 - $50,000
   ☐ $50,001 - $100,000
   ☐ $100,001 - $500,000
   ☐ $500,001 - $1 million
   ■ $1,000,001 - $10 million
   ☐ $10,000,001 - $50 million
   ☐ $50,000,001 - $100 million
   ☐ $100,000,001 - $500 million
   ☐ $500,000,001 - $1 billion
   ☐ $1,000,000,001 - $10 billion
   ☐ $10,000,000,001 - $50 billion
   ☐ More than $50 billion

16. **Estimated liabilities**

   ☐ $0 - $50,000
   ☐ $50,001 - $100,000
   ☐ $100,001 - $500,000
   ☐ $500,001 - $1 million
   ■ $1,000,001 - $10 million
   ☐ $10,000,001 - $50 million
   ☐ $50,000,001 - $100 million
   ☐ $100,000,001 - $500 million
   ☐ $500,000,001 - $1 billion
   ☐ $1,000,000,001 - $10 billion
   ☐ $10,000,000,001 - $50 billion
   ☐ More than $50 billion

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 26, 2016**
MM / DD / YYYY

X **/s/ Gus Curcio, Sr.**                                **Gus Curcio, Sr.**
Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Douglas S. Skalka, Esq.**                        Date **January 26, 2016**
Signature of attorney for debtor                          MM / DD / YYYY

**Douglas S. Skalka, Esq.**
Printed name

**Neubert, Pepe & Monteith, P.C.**
Firm name

**195 Church Street, 13th Floor**
**New Haven, CT 06510**
Number, Street, City, State & ZIP Code

Contact phone    **203-821-2000**        Email address

**ct00616**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Recycling, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 26, 2016**          X **/s/ Gus Curcio, Sr.**
                                               Signature of individual signing on behalf of debtor

                                               **Gus Curcio, Sr.**
                                               Printed name

                                               **President**
                                               Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Recycling, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF CONNECTICUT**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Gus Curcio, Sr**<br>**PO Box 524**<br>**Stratford, CT 06615** | | **Consultant Fees** | | | | **$800,000.00** |
| **Yellow Rose Inc.**<br>**PO Box 524**<br>**Stratford, CT 06615** | | **Loan Payable** | | | | **$639,374.82** |
| **Dahill Donofrio**<br>**PO Box 506**<br>**Stratford, CT 06615** | | **Consultant Fees** | | | | **$400,000.00** |
| **Julia Kish**<br>**1110 Chapel Street**<br>**Stratford, CT 06614** | | **Consultant Fees** | | | | **$400,000.00** |
| **Majestic Management, LLC**<br>**PO Box 524**<br>**Stratford, CT 06615** | | **Loan Payable** | | | | **$384,800.08** |
| **Joseph Regensburger**<br>**921 Valley Road**<br>**Fairfield, CT 06825** | | **Consultant Fees** | | | | **$200,000.00** |
| **Robin Cummings**<br>**929 White Plains Road, #160**<br>**Trumbull, CT 06611** | | **Consultant Fees** | | | | **$200,000.00** |
| **Hammon's, LLC**<br>**63 Sunset Circle**<br>**Fairfield, CT 06824** | | **Trade Debt** | | | | **$17,500.00** |
| **Comlink, Inc.**<br>**PO Box 524**<br>**Stratford, CT 06615** | | **Loan** | | | | **$15,000.00** |
| **Maar Consulting, LLC**<br>**2032 Copper Creek Ct**<br>**PO Box 50309**<br>**Myrtle Beach, SC 29579** | | **Note (990 Naugatuck Avenue, Milford)** | | | | **$15,000.00** |

Debtor  **Recycling, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **John Deere Const & Forestry Co**<br>**6400 NW 86th Street**<br>**Johnston, IA 50131** | | **Business** | | | | **$12,853.00** |
| **South Central Regional Water Authority**<br>**90 Sargent Drive**<br>**New Haven, CT 06511** | | **Utility Service** | | | | **$2,524.52** |

# United States Bankruptcy Court
### District of Connecticut

In re  **Recycling, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gus Curcio, Sr**<br>**PO Box 524**<br>**Stratford, CT 06615** | | | **Equity** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 26, 2016**

Signature  **/s/ Gus Curcio, Sr.**  
**Gus Curcio, Sr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Connecticut

In re  **Recycling, Inc.**                                                                  Case No.

                                     Debtor(s)                                              Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January 26, 2016**                     **/s/ Gus Curcio, Sr.**
                                                **Gus Curcio, Sr.**/**President**
                                                Signer/Title

```
Cell Phone Club Inc.
PO Box 524
Stratford, CT 06615


City of Bridgeport
Tax Collector
45 Lyon Terrace, Room 123
Bridgeport, CT 06604


City of Milford
Attn: Tax Collector
70 West River Street
Milford, CT 06460


City Streets Inc.
PO Box 524
Stratford, CT 06615


Comlink, Inc.
PO Box 524
Stratford, CT 06615


Dahill Donofrio
PO Box 506
Stratford, CT 06615


Donna Stewart, Trustee
42 Mayflower Lane
Shelton, CT 06484


Ebay Wanted, Inc.
PO Box 524
Stratford, CT 06615


George Dugas, Estate of
c/o Donal Collimore, Esq
1150 Post Road
Fairfield, CT 06825


Gus Curcio, Sr
PO Box 524
Stratford, CT 06615
```

```
Hammon's, LLC
63 Sunset Circle
Fairfield, CT 06824


John Deere Const & Forestry Co
6400 NW 86th Street
Johnston, IA 50131


John Deere Const & Forestry Co
c/o Reid & Riege PC
One Financial Plaza
Hartford, CT 06103


Joseph Regensburger
921 Valley Road
Fairfield, CT 06825


Julia Kish
1110 Chapel Street
Stratford, CT 06614


Maar Consulting, LLC
2032 Copper Creek Ct
PO Box 50309
Myrtle Beach, SC 29579


Majestic Management, LLC
PO Box 524
Stratford, CT 06615


Millionair Club Inc.
PO Box 524
Stratford, CT 06615


Nationstar Mortgage, LLC
350 Highland Drive
Phoenix, AZ 85067


Nicholas E Owen, III
3333 Main Street
Stratford, CT 06615
```

```
Outlaw Boxing Kats Inc.
PO Box 524
Stratford, CT 06615


Rio, Inc.
33-A Light Street
Stratford, CT 06615


Robin Cummings
929 White Plains Road, #160
Trumbull, CT 06611


South Central Regional
Water Authority
90 Sargent Drive
New Haven, CT 06511


Trisha Mulvaney
15 Justice Street
Stratford, CT 06615


Yellow Rose Inc.
PO Box 524
Stratford, CT 06615
```

# United States Bankruptcy Court
### District of Connecticut

In re   **Recycling, Inc.**                                   Case No.
                          Debtor(s)                           Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Recycling, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**January 26, 2016**                              **/s/ Douglas S. Skalka, Esq.**
Date                                               **Douglas S. Skalka, Esq. ct00616**
                                                   Signature of Attorney or Litigant
                                                   Counsel for   **Recycling, Inc.**
                                                   **Neubert, Pepe & Monteith, P.C.**
                                                   **195 Church Street, 13th Floor**
                                                   **New Haven, CT 06510**
                                                   **203-821-2000 Fax:203-821-2008**